**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FRANCISCO VALDIVIA; IRMA VALDIVIA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK; BANK OF AMERICA; DOES 1 to 50,<br><br>　　　　　Defendants. | No. CV-09-2998 JFW(FMOx)<br><br>**JUDGMENT**<br><br>Dept.: 16<br>Judge: Hon. John F. Walter<br><br>Complaint Filed: March 25, 2009<br>Complaint Removed: April 29, 2009<br>Trial Date: None set |
|---|---|

　　　　Pursuant to this Court's Order of June 8, 2009 granting Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss which dismissed with prejudice Plaintiffs Francisco Valdivia's and Irma Valdivia's Complaint against Wells Fargo Bank, N.A., Judgment is hereby entered in favor of Defendant Wells Fargo Bank, N.A. and against Plaintiffs Francisco Valdivia and Irma Valdivia and Plaintiffs shall take nothing by way of their Complaint. Defendant Wells Fargo Bank, N.A. is awarded Costs of _____.

Dated:　　June 15, 2009

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable John F. Walter
　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

CBM-LA\LA084888.2

**[PROPOSED] JUDGMENT**

1  Respectfully submitted by:
   VICKI L. FREIMANN (SBN 098380)
2  MIGUEL HERNANDEZ (SBN 216254)
   **CARROLL, BURDICK & McDONOUGH LLP**
3  633 West Fifth Street, 51st Floor
   Los Angeles, CA  90071
4  Telephone:    213.833.4500
   Facsimile:    213.833.4555
5  Email:        mhernandez@cbmlaw.com

6  Attorneys for Defendant,
   WELLS FARGO BANK, N.A.
7

*Valdivia v. Wells Fargo Bank, et al.*
U.S.D.C. Central District of California
Civil Action No. CV-09-2998 JFW(FMOx)

### PROOF OF SERVICE BY MAIL

I declare that I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 633 West Fifth Street, 51st Floor, Los Angeles, CA 90071. On June 11, 2009, I served the enclosed:

**[PROPOSED] JUDGMENT**

on the parties in said cause (listed below) by enclosing a true copy thereof in a sealed envelope and, following ordinary business practices, said envelope was placed for mailing and collection (in the offices of Carroll, Burdick & McDonough LLP) in the appropriate place for mail collected for deposit with the United States Postal Service. I am readily familiar with the Firm's practice for collection and processing of correspondence/ documents for mailing with the United States Postal Service and that said correspondence/ documents are deposited with the United States Postal Service in the ordinary course of business on the same day.

Francisco Valdivia                               Plaintiffs in Pro Per
Irma Valdivia
2641 E. 111th Street
Lynwood, CA  90262
Tel:  (310) 637-6168

  X  **VIA U.S. MAIL**, I am readily familiar with the law firm's practice for collection and processing of correspondence for mailing with the U.S. Postal Service. The within correspondence will be deposited with the U.S. Postal Service on the same day shown on this affidavit, with postage fully prepaid, in the ordinary course of business. I am the person who sealed and placed for collection and mailing the within correspondence on this date at Los Angeles, California, following ordinary business practices.

   **FEDERAL**, I declare that this document was delivered at the request of a member of the bar of this Court, at whose direction the service was made.

   Executed on June 11, 2009, at Los Angeles, California.

_____
Mara L. Cohen

CBM-LA\LA084888.2

**[PROPOSED] JUDGMENT**